UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN LYNAM,<br><br>        Plaintiff,<br><br>    v.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>        Defendant. | Case No. 15-cv-00992-DMR<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>Re: Dkt. No. 10 |

Defendant filed a motion to dismiss on March 25, 2015. [Docket No. 10.] On April 15, 2015, Plaintiff filed an amended complaint. [Docket No. 14.] Pursuant to Federal Rule of Civil Procedure 15(a), "[a] party may amend its pleading once as a matter of course within: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier."

Because Plaintiff has timely filed the amended complaint, Defendant's motion to dismiss is **denied as moot.**

**IT IS SO ORDERED.**

Dated: April 16, 2015



_____
Donna M. Ryu
United States Magistrate Judge